# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>CHRISTIAN WOLFE DANIELS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 1:25mj468 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12,14, and 17 of Nov. 2025__ in the county of __Rowan__ in the __Middle__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 871(a) | Threat to President of U.S. (13 and 14 of Nov. 2025) |
| Title 18 U.S.C. § 875(c) | Interstate Communications (17 of Nov. 2025) |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Timothy Joseph Sedler

☑ Continued on the attached sheet.

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

/s/ Timothy Joseph Sedler
*Complainant's signature*

Timothy Joseph Sedler, Special Agent
*Printed name and title*

Date: 12/10/2024

*Judge's signature*

City and state: Greensboro, North Carolina

L. Patrick Auld, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy Joseph Sedler, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

1. This affidavit is made in support of a criminal complaint against Christian Wolfe Daniels charging that on November 13 and 14, 2025, Daniels made threats against the President of the United States in violation of Title 18 U.S.C. § 871(a) and that on November 17, 2025, Daniels communicated threats in interstate commerce in violation of Title 18 U.S.C. § 875(c).

2. I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since March 2024. I am currently assigned to the FBI Charlotte Division, Piedmont Safe Street Task Force (PSSTF). At the FBI Academy, I received training on investigative procedures and federal criminal statutes.

3. Prior to my employment with the FBI, I was employed with the Philadelphia Police Department from May 2016 to October 2023. From 2021, until my departure, I was assigned to the divisional (West/Southwest) Narcotics Enforcement Teams (NETS) and 19th District Violent Crime Response Team. I worked in a plain clothes capacity. Additionally, I worked with the Pennsylvania Office of Attorney General Bureau of Narcotics Investigation and Drug Control (BNIDC) task force. My duties consisted of conducting controlled narcotic buys, utilizing confidential informants, surveilling narcotic sales, and writing and executing search warrants.

4. On November 17, 2025, at 5:56 p.m., the Facebook user Clyde Franco (ID: 100030174754008) made the following public post on November 17, 2025 at 5:56 p.m. The user tagged Alexis Wilkins's Facebook account in his post. Ms. Wilkins is the girlfriend of FBI Director Kash Patel. At the time the post was made and at the time Ms. Wilkins received it, she was not in the state of North Carolina. Neither Ms. Wilkins or Director Patel lives or works in North Carolina.

1



5. FBI investigators observed that Facebook user Clyde Franco is a prolific poster and that, on November 16 and 17, 2025, he reposted others content and posted numerous times. These posts included memes, music videos, and unusual content. Among these posts was the following post on November 16, 2025 at 8:35 p.m.



6. A further review of the Clyde Franco Facebook account revealed that the user posted the following content. The user tagged President Donald J. Trump in four of the five following posts.

On November 14, 2025 at 1:18 a.m.:



On November 13, 2025 at 9:05 a.m.:



On November 13, 2025 at 7:56 a.m.:



4

On November 13, 2025 at 7:24 a.m.:



On November 12, 2025 at 10:28 p.m.:



7. FBI investigators identified the owner of the Clyde Franco Facebook account as Christian Wolfe Daniels. In a post dated October 31, 2025, the user identified his number as (980)

356-0839. Verizon records showed the subscriber to be Daniels's mother. Facebook records for the Clyde Franco account show that several credit cards associated with the account belong to "Christian Daniels" or "Chris Daniels." The account's registered email address is christianwolfedaniels2017@gmail.com. Finally, the account listed Daniels's true date of birth.

8. An FBI agent interviewed Daniels's mother at her residence in Kannapolis, North Carolina. Daniels's mother explained that he was diagnosed in his youth with Bipolar 1 Disorder with rapid cycling, Oppositional Defiant Disorder, and Anxiety Spectrum Disorder. She stated that Daniels had been involuntarily committed before. She identified the Clyde Franco Facebook account as Danielas's account and informed the agents that Daniels lives on Elizabeth Avenue in Salisbury, North Carolina. She advised that it is a trailer with all the windows knocked out. Daniels's mother told the agent that he has been known to carry a machete. She expressed concern that Daniels was capable of carrying out a violent attack. She wasn't aware of any firearms in Daniels's possession.

9. A database check revealed no firearms registered to Daniels.

10. On November 15, 2025, Christi Lane Lackey, a neighbor of Daniels, swore to a criminal complaint alleging that Daniels verbally stated that he would kill her in violation of N.C.G.S. § 14-277.1. She further swore that Daniels trespassed at her residence in violation of N.C.G.S. § 14-159.13. Also on November 15, 2025, Individual-2, a relative of Christi Lane Lackey, swore to a criminal complaint alleging that Daniels verbally stated that he would kill her in violation of N.C.G.S. § 14-277.1. The complaints alleged that the offenses occurred on November 15, 2025. Summonses were issued for Daniels to appear in January 2026 on these charges.

11. A review of the subject Facebook accounts shows that, on November 15, 2025, at 12:54 a.m., the user of the Clyde Franco account posted the following:

6

Case 1:25-cr-00419-UA    Document 1    Filed 12/10/25    Page 7 of 9



12. On November 20, 2025, a North Carolina magistrate issued an involuntary commitment order for Daniels. According to the magistrate, Christi Lane Lackey advised that she has heard Daniels state that he has a gun, but Lackey couldn't confirm whether it was true.

Conclusion:

13. Based on the facts set forth above, I submit that there is probable cause to believe that Christian Wolfe Daniels knowingly made a threat to take the life of and/or inflict bodily harm upon the President of the United States on November 13 and 14, 2025 in violation of Title 18 U.S.C. § 871(a), and knowingly transmitted a communication containing a threat to injure another in interstate commerce on November 17, 2025 in violation of Title 18 U.S.C. § 875(c).

Respectfully submitted,

/s/ Timothy Joseph Sedler
Timothy Joseph Sedler, Special Agent
Federal Bureau of Investigation
United States Department of Justice

Dated: December 10, 2025

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

_____
L. Patrick Auld
United States Magistrate Judge
Middle District of North Carolina